# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:18-cr-00080-DAD-BAM-001
)
Antonio Becerra )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Antonio Becerra___, have discussed with ___Francisco J. Guerrero___, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 10-2-18       _____ 10/2/18
Signature of Defendant    Date        Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ Melanie Alsworth       10/2/18
Signature of Assistant United States Attorney    Date
Melanie Alsworth

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ Alexia Jones Skillings for       10/2/18
Signature of Defense Counsel    Date
David A. Torres

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___10/2/18___.
☐ The above modification of conditions of release is *not* ordered.

_____       10/2/18
Signature of Judicial Officer    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services