McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00080-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ANTONIO BECERRA, | CURRENT DATE: January 29, 2019<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |
| | PROPOSED DATE: March 12, 2019<br>PROPOSED TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Antonio Becerra, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. A status conference was set in this matter for October 2, 2018, and time had previously been excluded to that date pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2. Defendant and Alekxia Torres, specially appearing for David Torres, appeared at this hearing. At the hearing, the parties stipulated to set the trial in this case for January 29, 2019, at 8:30 a.m., before the Honorable Dale A. Drozd. Pursuant to a later stipulation, the time period between

1

October 2, 2018, and January 29, 2019, inclusive, was excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). Doc. 19.

3. By this stipulation, defendant now moves to continue the trial to March 12, 2019, and to exclude time between January 29, 2019, and March 12, 2019, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

4. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

    b) Counsel has various conflicts in other cases between now and the proposed March 12, 2019 trial date that would not reasonably permit him to try this case any time between now and March 12, 2019, including a homicide trial set for January 2019 that defense counsel believes will trail into February 2019.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 29, 2019 to March 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: December 28, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
MELANIE L. ALSWORTH
Assistant United States
Attorneys

Dated: December 28, 2018

*/s/ per email authorization*
DAVID TORRES
Counsel for Defendant
ANTONIO BECERRA

**ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the current trial date in this action is vacated and continued to March 12, 2019, and the time period between January 29, 2019, and March 12, 2019, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation. IT IS SO ORDERED.

Dated: **January 2, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE