DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ANTONIO BECERRA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BECERRA,<br><br>Defendants. | Case No. 1:18-CR-00080 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANTONIO BECERRA, by and through his attorney of record, David A. Torres hereby requesting that the sentencing hearing currently set for May 20, 2019, be continued to June 17, 2019.

The purpose of the continuance is to provide the defense additional time to prepare the sentencing memorandum. In order to provide the Government with sufficient time to prepare a response of necessary, counsel agrees to have said statement filed no later than June 7, 2019. I have spoken to AUSA MELANIE ALSWORTH and she has no objection to continuing the sentencing hearing.

///

///

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 14, 2019

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ANTONIO BECERRA


DATED: May 14, 2019

*/s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant U.S. Attorney

# **ORDER**

**IT IS SO ORDERED** that the sentencing hearing be currently scheduled for May 20, 2019 be continued to June 17, 2019 at 10:00.

IT IS SO ORDERED.

Dated: **May 14, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE