DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ANTONIO BECERRA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BECERRA,<br><br>Defendants. | Case No. 1:18-CR-00080 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANTONIO BECERRA, by and through his attorney of record, David A. Torres hereby requesting that the sentencing hearing currently set for June 17, 2019, be continued to July 1, 2019 at 10:00 a.m.

Counsel has prepared a sentencing statement and is in the process of editing a video which provides statements by Mr. Becerra's family members. The video requires some additional editing and, as such, counsel for Mr. Becerra is seeking a brief continuance. I have spoken to AUSA Melanie Alsworth and she has no objection to continuing the sentencing hearing to July 1, 2019.

//

//

//

1

**IT IS SO STIPULATED.**

                                                                          Respectfully Submitted,

DATED: June 13, 2019                                */s/ David A Torres*
                                                                         DAVID A. TORRES
                                                                         Attorney for Defendant
                                                                         ANTONIO BECERRA

DATED: June 13, 2019                                */s/ Melanie Alsworth*
                                                                         MELANIE ALSWORTH
                                                                         Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED** that the sentencing hearing be currently scheduled for June 17, 2019 be continued to July 1, 2019 at 10:00.a.m.

IT IS SO ORDERED.

    Dated:   **June 13, 2019**                                                Dale A. Drozd
                                                                      UNITED STATES DISTRICT JUDGE