DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ANTONIO BECERRA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BECERRA,<br><br>Defendants. | Case No. 1:18-cr-00080-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

DROZD AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANTONIO BECERRA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for July 1, 2019, be continued to August 12, 2019.

On Monday, June 24th, I was assigned a trial court in the matter of *People v. Montelongo*, et. al. The defendants are charged with a gang related homicide. Because of the Aranda-Bruton issues, the parties have stipulated to dual juries and trial estimate is approximately 4 weeks (the trial court will be dark July 8-12, however, the Honorable Drozd calendar is full for July 8, 2019. Because counsel for Mr. Becerra will be engaged in jury trial, all parties have agreed to continue sentencing to August 12, 2019. I have spoken to AUSA MELANIE ALSWORTH and she has no objection to continuing the sentencing hearing.

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 6/25/19　　　　　　　　　　　　　　　*/s/ David A Torres*
　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ANTONIO BECERRA


DATED: 6/25/19　　　　　　　　　　　　　　　*/s/ Melanie Alsworth*
　　　　　　　　　　　　　　　　　　　　　　MELANIE ALSWORTH
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


# **ORDER**

The sentencing hearing currently scheduled for July 1, 2019 is continued to August 12, 2019 at 10:00 am.

IT IS SO ORDERED.

Dated: __**June 26, 2019**__　　　　　　　　　_Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE